■ In the Matter of LEROY BOLDER, Petitioner, v SUPREME COURT, WESTCHESTER COUNTY, et al., Respondents.—Proceeding pursuant to CPLR article 78, *inter alia,* to vacate an order of the Supreme Court, Westchester County (Donovan, J.), dated April 29, 1988.

Adjudged that the petition is denied and the proceeding is

dismissed, without costs or disbursements. No opinion. Mangano, P. J., Kunzeman, Kooper, Sullivan and O'Brien, JJ., concur.